01

02

03

04

05                          UNITED STATES DISTRICT COURT
                           WESTERN DISTRICT OF WASHINGTON
06                                    AT SEATTLE

07   APRIL LIGHTNER,                           )
                                               )   CASE NO. C13-1526-RAJ
08           Plaintiff,                         )
                                               )
09       v.                                     )   ORDER AFFIRMING
                                               )   COMMISSIONER
10   CAROLYN W. COLVIN, Acting                  )
     Commissioner of Social Security,           )
11                                             )
             Defendant.                         )
12   _____ )

13          The Court has reviewed the entire record, including the Administrative Record, the

14   memoranda of the parties, the Report and Recommendation (R&R) of United States Magistrate

15   Judge Mary Alice Theiler, and plaintiff's objections to the R&R.   It is therefore ORDERED:

16          (1)     The Court adopts the R&R with the addition of the following footnote on page 9,

17   line 1 at the conclusion of the sentence ending in "germane":   "In her opening brief, plaintiff

18   concludes that Ms. Fishfader's opinion was consistent with her notes and the record as a whole,

19   but failed to provide specific argument or analysis on this point.   Dkt. # 17 at 7; *see Batson v.*

20   *Comm'r of Soc. Security Admin.*, 359 F.3d 1190, 1193 (9th 2004) ("If evidence exists to support

21   more than one rational interpretation, [the court] must defer to the Commissioner's decision.");

22          (2)     The Court AFFIRMS the decision of the Commissioner; and

ORDER AFFIRMING COMMISSIONER
PAGE -1

01     (3)     The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

02     DATED this 9th day of July, 2014.

03

04

05     _____

06     The Honorable Richard A. Jones
       United States District Judge

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER AFFIRMING COMMISSIONER
PAGE -2